# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-6866-VAP (DFM) | Date | November 20, 2018 |
| Title | Vahe Sarkiss v. Jan W. Duncan, M.D., et al. | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re: Dismissal for Lack of Prosecution

On June 22, 2018, the Court dismissed the First Amended Complaint with leave to amend and ordered Plaintiff to file a Second Amended Complaint within 35 days. See Dkt. 12. On August 23, 2018, the Court granted Plaintiff's request for an extension of time and ordered Plaintiff to file an amended complaint by October 29, 2018. See Dkt. 14.

Plaintiff did not file a Second Amended Complaint by the deadline. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**

Initials of Clerk : nb