JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VAHE SARKISS,<br><br>    Plaintiff,<br><br>    v.<br><br>JAN W. DUNCAN, M.D., et al.,<br><br>    Defendants. | No. CV 17-6866-VAP (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Dated: April 08, 2019

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge